# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Enrique Sanchez Guzman

                Plaintiff,

v.                                                           Case No.: 1:25−cv−13415

                                                                                Honorable Lindsay C. Jenkins

Kristi Noem

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 6, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Telephone conference held. Respondent explained its position concerning appropriate relief on the habeas petition. Further briefing is not necessary. Petitioner Guzman's Petition for Writ of Habeas Corpus is granted [1] to the extent he seeks relief under 8 U.S.C. § 1226(a). His detention without an individualized custody determination violates the INA and the Due Process Clause of the Fifth Amendment for the reasons explained in Ochoa Ochoa v. Noem, 2025 WL 2938779, at *1 (N.D. Ill. Oct. 16, 2025). Within seven days of this order, Respondents must either: (1) provide Guzman with a bond hearing before an IJ under 8 U.S.C. § 1226(a), at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Guzman's continued detention; or (2) release Guzman from custody, under reasonable conditions of supervision. The parties are to file a joint status report by November 17, 2025, that updates the court on the status of release, including whether and when a bond hearing was held and inform the court, in detail, the reasons for the IJ's decision. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.